DANIEL G. BOGDEN
United States Attorney
KIMBERLY FRAYN
ANDREW DUNCAN
Assistant United States Attorneys
JONATHAN OPHARDT
Trial Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DEFENDANT [1], *et al.*,<br><br>            Defendants. | GOVERNMENT'S OMNIBUS REQUEST FOR PRETRIAL CONFERENCE<br><br>Case No. 2:12-cr-00004-APG-GWF |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>BUTT, *et al.*,<br><br>            Defendants. | Case No. 2:12-cr-00083-APG-GWF |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>LAMB, *et al.*,<br><br>            Defendants. | Case No. 2:12-cr-00084-APG-GWF |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>SAN CLEMENTE, *et al.*,<br><br>            Defendants. | Case No. 2:13-cr-00120-APG-GWF |

1

COMES now Plaintiff, United States of America, by and through DANIEL G. BOGDEN, United States Attorney, Kimberly M. Frayn and Andrew W. Duncan, Assistant United States Attorneys, and Jonathan A. Ophardt, Trial Attorney for the United States Department of Justice, Organized Crime and Gang Section, and hereby moves for a joint Pretrial Conference before the Honorable Judge Gordon pursuant to Local Rule 16-2 of the Local Rules of Practice for the United States District Court for the District of Nevada.

All four cases captioned above are currently set for trial on November 18, 2013, with a calendar calls set for November 13, 2013. Although the cases are related, they have not been formally joined.

On September 17, 2013, Magistrate Judge George Foley, Jr. conducted a discovery status hearing for all four cases. At that hearing, the Government advised the Court that it would be prepared to proceed to trial on November 18, 2013. Also at the September 17, 2013 hearing, multiple defendants voiced objections to any further continuances in this matter. However, other defendants voiced an inability to proceed with the current trial date due to the voluminous discovery in this case. Because trial continuances are not discovery matters, Magistrate Judge Foley directed the defendants wishing a continuance to file a motion requesting one. However, to date, no request for a continuance has been filed by any defendant. No additional discovery status conference is scheduled at this time.

The Government submitted final plea offers to the defendants in late August. The Government has received requests for formal plea agreements from some defendants, and has begun to disseminate them to the requesting defense counsel. The remaining agreements are in the final stages of drafting, and will be disseminated as soon as possible.

The Government is aware that space constraints limit the number of defendants who may

be tried at one trial setting. Further, the Second and Third Discovery Phases of this Court's Complex Case Schedules proceed based on the trial date. Due to recent violations of this Court's Protective Order, which resulted in an article in Wired magazine which contained protected materials and which is now the subject of an on-going FBI investigation, the Government will only disclose Jenks Act and <u>Giglio</u> information to those defendants who will actually stand trial on November 18, 2013. Finally, the Government must begin to subpoena and make travel arrangements for trial witnesses and prepare trial exhibits. Although these cases are related, the list of required witnesses and exhibits are greatly dependent on which defendants will be standing trial.

    For the above reasons, the Government moves that the District Court hold a pretrial conference as soon as possible to ascertain which defendants will proceed to trial on November 18, 2013.

                                       DANIEL G. BOGDEN,
                                       United States Attorney

DATE October 9, 2013                <u>/s/ Kimberly M. Frayn</u>
                                       KIMBERLY M. FRAYN
                                       ANDREW W. DUNCAN
                                       Assistant United States Attorneys
                                       JONATHAN A. OPHARDT
                                       Trial Attorney
                                       Department of Justice
                                       Organized Crime and Gang Section

Certificate of Service

    The undersigned counsel hereby certified that she served a copy of this document on defense counsel, via electronic service through the PACER system on October 9, 2013.      <u>/s/ Kimberly M. Frayn</u>
                                     Assistant United States Attorney