DANIEL G. BOGDEN
United States Attorney
KIMBERLY M. FRAYN
ANDREW W. DUNCAN
Assistant United States Attorneys
JONATHAN A. OPHARDT
Trial Attorney
United States Department of Justice
Organized Crime and Gang Section
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV  89101
(702) 388-6336
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:12-CR-083-APG-GWF |
| Plaintiff, | ) |
| | ) GOVERNMENT'S SENTENCING |
| v. | ) MEMORANDUM |
| | ) |
| HEATHER DALE, | ) |
| | ) |
| Defendant. | ) |

The United States, by and through Daniel G. Bogden, United States Attorney, District of Nevada, and  Kimberly M. Frayn, Assistant United States Attorney, hereby submits this Sentencing Memorandum.

The Government has no objections to the United States Probation Office's PSR. As to Count Two of the Information (Aggravated Identity Theft), the Government asks that the Court impose the statutorily required 24-month custodial term, which must be served consecutively to any other sentence imposed, including but not limited, to any sentence which may be imposed

in United States District Court, Southern District of Texas, Houston Division, case number 4:13-CR-00129-2[1]. PSR ¶72. A 24-month term of imprisonment is consistent with the parties' plea agreement. Doc. No. 213 at p. 8.

The Government joins in the PSR's recommendation of a one year term of supervision for Count Two. The Government also joins with the Probation Department in recommending the Special Conditions set forth in the PSR at p. 33 – 34. However, the Government requests that the Court impose the condition of computer prohibition against access to any online computer service without prior written approval of the Probation Officer, in addition to the already recommended computer restriction and monitoring condition. The Government also requests that the Court impose the condition requiring the defendant to only use her true name and identifiers.

The Government respectfully requests that the Court order the defendant to pay restitution in the amount of $50,575,123.45, as specified in Attachment A, attached hereto and incorporated by reference herein, which is consistent with the parties' plea agreement. Doc. No. 213 at p. 8. The defendant's liability should be joint and several with her co-defendants in this case, and with her co-conspirators in case number 2:12-CR-004; 2:12-CR-084; and 2:13-CR-120. Further, the Government requests that the Court issue a final order of forfeiture, forfeiting all of the physical property set forth in the superseding Information and entering a criminal forfeiture money judgment of $50,575,123.45, which is also consistent with the parties' plea

. . .
. . .
. . .

---

[1] The Government acknowledges that this Court does not have the authority to order the sentence in this case to run consecutive to the sentence in the Houston case because that sentence has not yet been imposed. The government merely wishes to provide the Court and the defendant notice that defendant Dale is likely to receive an additional twenty-four month consecutive term when the Houston Court imposes its sentence, as is required by statute.

agreement. Doc. No. 213 at p. 9-31.

DATED this 6th day of June, 2014

Respectfully Submitted

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

Certificate of Service

The undersigned counsel hereby certified that she served a copy of this document on defense counsel, via electronic service through the PACER system on June 6, 2014.

/s/ Kimberly M. Frayn
Assistant United States Attorney

# ATTACHMENT A

**U.S. v. HEATHER DALE**
**2:12-cr-00083-APG-GWF**
**Restitution List**

| | |
|---|---|
| American Express<br>World Financial Center<br>200 Vesey Street<br>New York, NY 10285 | $3,299,210.90 |
| Discover Financial Service<br>c/o Michael Cassell<br>PO Box 370685<br>Las Vegas, NV  89137 | $1,903,143.50 |
| MasterCard<br>2000 Purchase Street<br>Purchase, NY 10577 | $15,477,464.00 |
| Visa Inc.<br>900 Metro Center Blvd<br>Foster City, CA 94404 | $29,895,305.05 |
| TOTAL: | $50,575,123.45 |