**STIP**
**GABRIEL L. GRASSO, ESQ.**
State Bar Number 7358
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
Tel: (702) 868-8866
Fax: (702) 868-5778
Attorney for DALE

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HEATHER DALE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.:   2:12-cr-00083-APG-GWF <br><br> STIPULATION TO CONTINUE <br> SENTENCING DATE <br><br> (THIRD REQUEST) |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

IT IS HEREBY STIPULATED AND AGREED, by and between the defendant HEATHER DALE (DALE) through her attorney GABRIEL L. GRASSO, ESQ., and the plaintiff, the United States of America, through KIMBERLY M. FRAYN and ANDREW DUNCAN, Assistant United States Attorneys, that the sentencing hearing currently scheduled for September 10, 2014, at 1:30 p.m., be vacated and continued to a date and time convenient to this court, but no event earlier than 60 days.

This Stipulation is entered into pursuant to General Order 2007-04 and based upon the following:

1. Defendant is currently set for sentencing on Wednesday, September 10, 2014 for the above captioned case.

2. Defendant is also currently set for a sentencing on October 27, 2014, in case 4:13-cr-00129 in the Southern District of Texas.

3. Defendant currently resides in the state of Alabama. Therefore, travel arrangements are needed to attend the sentencing in Texas and in Nevada.

4. Defendant's grandfather is elderly and his health is deteriorating. Defendant wishes to spend the Thanksgiving holiday with her grandfather before she goes to prison.

5. Defendant asks for this court's leniency in continuing the sentencing hearing to sometime after the Thanksgiving Holiday so she may make travel arrangements within her financial capacity and spend the holiday with her grandfather.

6. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

7. This is the third request for a continuance of the sentencing date in this case.

DATED this 28th day of August, 2014.

RESPECTFULLY SUBMITTED BY:

| /s/ Kimberly M. Frayn | /s/ Gabriel L. Grasso |
|---|---|
| KIMBERLY M. FRAYN | GABRIEL L. GRASSO |
| Assistant United States Attorney | Attorney for DALE |

/s/ Andrew W. Duncan
ANDREW W. DUNCAN
Assistant United States Attorney

GABRIEL L. GRASSO, ESQ.
State Bar Number 7358
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
Tel: (702) 868-8866
Fax: (702) 868-5778
Attorney for DALE

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| Plaintiff,            ) | Case No.:   2:12-cr-00083-APG-GWF |
| vs.            ) | STIPULATION TO CONTINUE SENTENCING DATE |
| HEATHER DALE,            ) | |
| Defendant.            ) | (THIRD REQUEST) |

## FINDINGS OF FACT

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. The Defendant will need to arrange travel to attend both the Texas and the Nevada sentencing hearings.
2. The Defendant is seeking to spend the Thanksgiving Holiday with family before having to possibly surrender into Bureau of Prisons custody.
2. This stipulation complies with General Order 2007-04.

## CONCLUSIONS OF LAW

1. Failure to grant the requested continuance would be a miscarriage of justice.
2. The additional time requested by the stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

GABRIEL L. GRASSO, ESQ.
State Bar Number 7358
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
Tel: (702) 868-8866
Fax: (702) 868-5778
Attorney for DALE

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No.:  2:12-cr-00083-APG-GWF |
| vs. | ) | |
| | ) | ORDER CONTINUING |
| HEATHER DALE, | ) | SENTENCING HEARING |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED** that the sentencing hearing currently scheduled for September 10, 2014, at 1:30 p.m., be vacated and continued to _____ at the hour of _____.

IT IS SO ORDERED this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

4